**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **PATRICK B. MURRAY, an individual;** | |
| **Plaintiff,** | **8:26CV6** |
| **vs.** | **ORDER** |
| **ASPLUNDH TREE EXPERT, LLC, a Pennsylvania limited liability company;** | |
| **Defendant.** | |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on August 4, 2026. Accordingly,

**IT IS ORDERED:**

1. On or before **September 4, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 4th day of August, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge